RECEIVED
COURT OF APPEALS

JAN 3 0 2018

LISA MATZ
CLERK, 5th DISTRICT

RE CASE
05-17-00990-CR

Respectfully you Honor

This letter is submitted in Response to the upcoming brief Deadline on Feb. 2ND 2018.

Thank you for your prompt reply to my previous letter, As you are aware, my previous Appeal Attorney Valencia Bush has withdrawn from my case. This fact coupled with my Indigency and incarceration I am currently unable to Complete Briefing alone or retain counsel to Continue my Appeal. AS a result I humbly request an EXTENTION be granted on the upcoming deadline to the pro se response brief before this court and or have a new ATTORNEY APPOINTED To proceed on my behalf.

Thank you for your time and advance in this matter.

Respectfully,
Gerard perry

Gerard Perry
#201171
127. W. Woodrow LN # 300
Denton, TX 76205

NORTH TEXAS TX FSDC
DALLAS TX 750
27 JAN 2023 PM 3 L FOREVER USA

Barn Swallow



DENTON COUNTY JAIL
INMATE MAIL

Court of Appeals
Fifth District of Texas at Dallas
George L. Allen Sr. Courts Building
600 Commerce Street, Suite 200
Dallas, Texas 75202-4658